Mark H. Anderson (#0104)
Rachel S. Anderson (#A12431)
**FABIAN & CLENDENIN, P.C.**
*Attorneys for Plaintiff*
215 S. State Street, Suite 1200
Salt Lake City, UT 84111-2323
mhanderson@fabianlaw.com
randerson@fabianlaw.com
Telephone: (801) 531-8900

Stephen B. Shapiro (admitted *pro hac vice*)
**BIEGING SHAPIRO & BARBER LLP**
*Attorneys for Plaintiff*
4582 S Ulster Street Parkway, Suite 1650
Denver, CO 80237
sbs@bsblawyers.com
Telephone: (720) 488-0220

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| CENTRAL WEBER SEWER IMPROVEMENT DISTRICT,<br><br>    Plaintiff,<br><br>vs.<br><br>ACE FIRE UNDERWRITERS INSURANCE COMPANY,<br><br>    Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:12-cv-00166<br><br>Judge Ted Stewart |

The Court, having reviewed the Stipulated Motion to Dismiss With Prejudice and good cause appearing therefor, it is hereby

**ORDERED, DECREED, AND ADJUDGED** that the above captioned action is

dismissed with prejudice.  Plaintiff and Defendant shall each bear their own costs and attorney fees.

DATED this 2nd day of June, 2014.

_____
Honorable Ted Stewart
United States District Court Judge

Approved as to form:

| **FABIAN & CLENDENIN, P.C.** | **SNELL & WILMER L.L.P.** |
|---|---|
| */s/ Mark H. Anderson* <br> Mark H. Anderson <br> Rachel S. Anderson <br><br> **BIEGING SHAPIRO & BARBER LLP** <br><br> */s/ Stephen B. Shapiro* <br> Stephen B. Shapiro (admitted *pro hac vice*) <br><br> *Attorneys for Plaintiff* | /s/ Elisabeth M. McOmber <br> Elisabeth M. McOmber <br><br> **SNELL & WILMER L.L.P.** <br><br> /s/ Amy M. Samberg <br> Amy M. Samberg <br><br> *Attorneys for Defendant* |